

# Summons

In the matter of **Tommy Jordan dba Tax Tyme,**
Internal Revenue Service (Division): **Criminal Investigation**
Industry/Area (name or number): _____
Periods: **2004**

## The Commissioner of Internal Revenue

**To:** Richard L. Pyper
**At:** P.O. Box 11706, Montgomery, AL 36111-0706

You are hereby summoned and required to appear before **Special Agent Louie Wilson** an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please provide any and all records currently in your possession related to the preparation and filing of 2004 federal income tax returns for customers of Tax Tyme. The requested records should include, but are not limited to:

1. Copies of client returns;

2. Records related to client's personal information (Copies of Driver's License, Social Security Cards, ID cards, dependent information, income and expense records, records related to deductions, etc.);

3. Records related to refund anticipation loans (applications, copies of checks, etc.);

4. Records of payments received from clients;

5. Correspondence with clients, Household Bank and the Internal Revenue Service.

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____    **Special Agent**
Signature of IRS officer serving the summons    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

Special Agent Louie Wilson, 1285 Carmichael Way, Montgomery, AL 36106   (334) 290-4026

**Place and time for appearance at** 1285 Carmichael Way, Montgomery, AL 36106

**IRS**

on the **24th** day of **November**, **2005** at **10** o'clock **a** m.

Issued under authority of the Internal Revenue Code this **14th** day of **November**, **2005**.

_____    **Special Agent**
Signature of issuing officer    Title

_____
Signature of approving officer (if applicable)    Title

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)