IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TOMMY JORDAN, )<br>)<br>  Petitioner, )<br>) <br>  v. )<br>)<br>UNITED STATES GOVERNMENT, )<br>)<br>  Respondent. ) | <br><br><br><br>CIVIL ACTION NO.<br>2:05mc3272-T |

### ORDER

Upon consideration of the petition to quash third-party summons (Doc. No. 1), it is ORDERED that respondent United States Government show cause, if any there be, in writing by December 16, 2005, as to why said petition should not be granted.

It is further ORDERED that the petition is set for a hearing on December 20, 2005, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 13th day of December, 2005.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE