IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY JORDAN, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05mc3272-T |
| | ) | (WO) |
| UNITED STATES GOVERNMENT, | ) | |
| | ) | |
|    Respondent. | ) | |

### JUDGMENT

Respondent having indicated in writing (Doc. No. 3), that this matter is now moot and the petitioner having orally informed the court that this matter is moot, it is the ORDER, JUDGMENT, and DECREE of the court that the petition to quash third-party summons (Doc. No. 1) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of December, 2005.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE